UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BRIAN WAYNE CHESSER, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. CIV-24-891-HE |
| | ) |
| STEVEN HARPE, | ) |
| | ) |
| Respondent. | ) |

## REPORT AND RECOMMENDATION

Petitioner Brian Wayne Chesser, a state prisoner proceeding pro se, filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254. Doc. 1. United States District Judge Joe Heaton referred this matter to the undersigned Magistrate Judge in accordance with 28 U.S.C. § 636(b)(1)(B)-(C), Docs. 3-4, and the undersigned now considers Petitioner's application for leave to proceed in forma pauperis ("IFP Motion"), Doc. 6.

### I. Analysis

Petitioner's IFP Motion includes a statement from the prison accountant that Petitioner had $18.58 in his institutional accounts as of October 7, 2024, Doc. 6 at 3, though the financial documents attached to the IFP Motion show an "account balance" of $116.27 in his institutional accounts as of that date, Doc. 6-1 at 2. Considering either balance, the Court finds that Petitioner is financially able to prepay the $5.00 filing fee for this proceeding. Because Petitioner has not shown that he qualifies for authorization to proceed without prepayment of the filing fee, Petitioner's IFP Motion should be denied. *See Lister v. Department of the Treasury*, 408 F.3d 1309, 1312 (10th Cir. 2005) (noting that "to

succeed on a motion to proceed IFP, the movant must show a financial inability to pay the required filing fees"); 28 U.S.C. § 1915(a)(1).

## II. <u>Recommendation and Notice of Right to Object</u>

For the foregoing reasons, the undersigned recommends that the Court **DENY** Petitioner's IFP Motion, Doc. 6, and dismiss this action without prejudice unless Petitioner pays the full filing fee of $5.00 within 21 days of any order adopting this Report and Recommendation. The parties are advised of their right to object to this Report and Recommendation. *See* 28 U.S.C. § 636. Any objection must be filed with the Clerk of this Court by November 5, 2024. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(2). Failure to timely object to this Report and Recommendation waives the right to appellate review of the factual and legal issues addressed in this Report and Recommendation. *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991).

This Report and Recommendation disposes of all issues referred to the undersigned Magistrate Judge in this matter.

**ENTERED** this 15th day of October, 2024.

_____
CHRIS M. STEPHENS
UNITED STATES MAGISTRATE JUDGE