IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BRIAN WAYNE CHESSER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | NO. CIV-24-0891-HE |
| ) | |
| STEVEN HARPE, ) | |
| ) | |
| Respondent. ) | |

### ORDER

Petitioner Brian Wayne Chesser, a state prisoner appearing *pro se*, filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 and an application to proceed *in forma pauperis* in this case. Pursuant to 28 U.S.C. § 636(b)(1)(B) and (C), the matter has been referred to Magistrate Judge Chris M. Stephens for initial proceedings. Judge Stephens has issued a Report and Recommendation recommending that petitioner's IFP motion be denied. The Report advised petitioner of his right to object on or before November 5, 2024. Petitioner has not objected thereby waiving his right to appellate review of the factual and legal issues addressed.

The court therefore **ADOPTS** the Report and Recommendation [Doc. #7]. Petitioner's motion to proceed IFP [Doc. #6] is **DENIED**. If petitioner does not pay the $5.00 filing fee within **twenty-one (21) days** of the date of this order, his petition will be dismissed without prejudice.

**IT IS SO ORDERED**.

Dated this 8th day of November, 2024.

                                                _____
                                                JOE HEATON
                                                UNITED STATES DISTRICT JUDGE