**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| BRIAN WAYNE CHESSER, | ) | |
| Petitioner, | ) | |
| -vs- | ) | NO. CIV-24-891-HE |
| MICHAEL MILLER, Warden, | ) | |
| Respondent. | ) | |

**ORDER**

Petitioner Brian Wayne Chesser, a state prisoner proceeding *pro se*, filed a petition seeking a writ of habeas corpus under 28 U.S.C. § 2254. The matter was later referred to United States Magistrate Judge Chris Stephens for preliminary review in accordance with 28 U.S.C. § 636. Upon review of the petition, the response by respondent, and the state court record, Magistrate Judge Stephens issued a Report and Recommendation [Doc. #21], recommending the court deny the petition.

Petitioner has objected to the Report and Recommendation [Doc. #22]. In accordance with 28 U.S.C. § 636(b)(1), the court has conducted a de novo review of the matter. The court concurs with the thorough analysis of the magistrate judge. The court need not repeat that analysis here. Petitioner's objection to the analysis has no merit. Therefore, the court adopts the Report and Recommendation in its entirety.

As the court is entering a final order adverse to petitioner, the court "must issue or deny a certificate of appealability." Rule 11(a), Rules Governing Section 2254 Cases in the United States District Courts. Where a court has rejected constitutional claims on their

merits, the petitioner qualifies for a certificate of appealability only if he can demonstrate that reasonable jurists would find the court's assessment of those claims debatable or wrong. Slack v. McDaniel, 529 U.S. 473, 484 (2000). Where the court has rejected claims on procedural grounds, without reaching the underlying constitutional claims, the petitioner qualifies for a certificate of appealability only if he can demonstrate that reasonable jurists would find it debatable whether the § 2254 petition states a valid claim of the denial of a constitutional right and reasonable jurists would find it debatable whether the court was correct in its procedural ruling. *Id.* Upon review, the court concludes petitioner cannot make the required showing for a certificate of appealability. Consequently, a certificate of appealability will be denied.

Accordingly, the Report and Recommendation [Doc. #21] is **ADOPTED**. The petition for a writ of habeas corpus under 28 U.S.C. § 2254 [Doc. #1] is **DENIED**. A certificate of appealability is **DENIED**.

**IT IS SO ORDERED.**

Dated this 21st day of September, 2026.

JOE HEATON
UNITED STATES DISTRICT JUDGE